Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES F. NOYES COMPANY, INC., v. VAN RENSSELAER ESTATES, INC.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIDNEY Z. STONE v. PATERSON MUTUAL HOSIERY MILLS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AUGUSTINA DAVIDOFF v. LOUIS FRIEFIELD.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOSES DAVIDOFF v. LOUIS FRIEFIELD.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THAONA AVELINE MCDONALD v. JAMES MCDONALD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THIRD AVENUE RAILWAY COMPANY for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers, etc., for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PACIFIC GUANO AND FERTILIZER COMPANY v. FREDERICK OPOLINSKY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM F. SCOTT v. HAROLD R. LISTER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KNAPPER.— Motion granted, and the time of appellant within which to serve and file his points extended to and including April 16, 1930, with notice of argument for May 13, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANNA ROSEN and EQUITABLE CASUALTY AND SURETY COMPANY.—Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROSE COHEN and EQUITABLE CASUALTY AND SURETY COMPANY.— Motion denied, with ten dollars costs, and